No. 720. REES *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. *Eugene F. Mullin,*

*Jr., J. Parker Connor, S. White Rhyne, Jr., Walter L. Green* and *Charles A. Dukes, Jr.* for petitioner. *Robert Y. Button,* Attorney General of Virginia, and *R. D. McIlwaine III,* Assistant Attorney General, for respondent.